MARSENA MICHELLE CUNNINGHAM
15373 SAINT CHARLES ST
APT M107
GULFPORT, MS 39503

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ALDOUS AND ASSOCIATES
ATTN: BANKRUPTCY
PO BOX 171374
HOLLADAY, UT 84117

BMG LOANS
444 BRICKWELL AVE
MIAMI, FL 33131

GULF COAST FCU
12364 HIGHWAY 49
GULFPORT, MS 39503

LENDMARK FINANCIAL SER
2118 USHER ST.
COVINGTON, GA 30014

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

ONLINE COLLECTIONS
ATTN: BANKRUPTCY
PO BOX 1489
WINTERVILLE, NC 28590

WILKINSON LAW FIRM
51 KEYWOOD CIRCLE
FLOWOOD, MS 39232